IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIE RAY L., <br> PLAINTIFF, <br><br> v. <br><br> COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, <br> DEFENDANT. | § § § § § § § § § § § CASE NO. 3:19-CV-2259-M-BK |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed Findings and Recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. The Motion to Set Aside Judgment and to Reopen is **DENIED**.

SO ORDERED this 8th day of November, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE